UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA BANKS-NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 3:20-cv-009-GCS[1] |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand. (Doc. 27).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101-102 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of Plaintiff. *See Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will evaluate the claimant's RFC, with citation to the medical evidence that supports each limitation assessed and with consideration for all the claimant's impairments; evaluate the record medical opinions;

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). *See* (Doc. 13, 17).

evaluate the claimant's subjective allegations under SSR 16-3p and obtain additional vocational evidence if warranted."

Plaintiff applied for disability benefits in April 2016. (Tr. 13). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand (**Doc. 27) is GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

DATED:  July 13, 2020.

Digitally signed by Magistrate Judge Gilbert C. Sison
Date: 2020.07.13 13:15:38 -05'00'

**GILBERT C. SISON**
**UNITED STATES MAGISTRATE JUDGE**